1:13-CV-0144

From: **KEITH JUDD, Democratic Candidate for President of the United States 2016**
Reg.#11593-051, Unit A-1          FEC#C00302919, at, 1-800-424-9530
Federal Correctional Institute    www.fec.gov      1-800-872-9855
P.O. Box 7000
Texarkana, Texas, 75505
(432)686-4020, (432)686-4110, (432)686-4060   Date: December 18, 2012

To: United States District Court
For the Northern District of Georgia

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 14 2013
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## THE NEXT CIVIL WAR

A WELL REGULATED MILITIA BEING NECESSARY TO THE SECURITY OF A FREE STATE, THE RIGHT OF THE PEOPLE TO KEEP AND BEAR ARMS, **SHALL NOT BE INFRINGED**

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this CONSTITUTION for the United States of America. (Preamble to U.S. Constitution).

In this Country, the PEOPLE are sovereign, and We have delegated our sovereignty through the Constitution to the States and the branches of the Federal Government. The Second Amendment is a COMMAND that the Right of the PEOPLE to Keep and Bear Arms, **shall not be infringed.** This is the relationship of the PEOPLE to the Government, whether it be State, Local or Federal Government, and to all other People and Foreign Governments.

As plain citizens, the PEOPLE are the **"well regulated Militia"** being **necessary** to the **security of a free State."** The "well regulated Militia" is not the State's police or the Military of the Government. It is this relationship of the PEOPLE to the Government that **shall not be infringed,** and this relationship is maintained by the Sovereign PEOPLE that Keep and Bear Arms, including **Assault Rifles.** This is the ultimate POWER OF THE PEOPLE to issue COMMANDS to the subservient Government.

To threaten or conspire to limit the Right of the PEOPLE to Keep and Bear Arms, is per se Treason against the Sovereignty of the PEOPLE and the United States by levying War against them, or in adhering to their Enemies, giving them Aid and Comfort, and to facilitate invasions of the Right of the PEOPLE to be Secure in their persons, houses, papers, and effects.

Under Article II of the Constitution, before taking Office, the President **"shall"** take the Oath to **"preserve, protect and defend the Constitution."**

Under Article VI of the Constitution, the Senators and Representatives in Congress, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, **"shall be bound by Oath or Affirmation, to support this Constitution."**

When the Government threatens to limit possession of Firearms, or to restrict sale and movement of Firearms the Sovereignty of the PEOPLE is under Attack and the relationship of the PEOPLE to the Government has changed by design to reduce them under absolute Despotism. When it is the Government that COMMANDS the PEOPLE, the character of Government has changed to that of **Tyrant.**

Further invasions and usurpation on the Sovereignty of the PEOPLE will provoke THE NEXT CIVIL WAR.

MY FIRST AMENDMENT OPINION,

[signature: Keith Judd]
KEITH JUDD, Presidential Candidate

**①**

**Block 1 (top)**

| Col 1 | Col 2 (⑮) | Col 3 | Col 4 | Col 5 (⑯) | Col 6 |
|---|---|---|---|---|---|
| (505)823-3300 | (843)281-9055 | (505)294-1427 | (212)395-1000 | (888)955-2265 | (800)762-5991 |
| (609)720-4200 | (505)823-7777 | (888)492-5510 | (505)246-6960 | (336)741-2000 | (614)249-7111 |
| (843)249-6662 | (952)936-1300 | (505)898-6121 | (212)578-2211 | (713)759-2600 | (212)761-4000 |
| (505)296-5866 | (800)476-6400 | (843)293-7338 | (203)356-5000 | (317)532-6000 | (863)688-1188 |
| (206)628-2111 | (843)626-7466 | (505)986-5900 | (404)827-1503 | (425)882-8080 | (800)922-7411 |
| (212)713-2000 | (479)290-4000 | (408)349-3300 | (866)878-5865 | (505)476-8400 | (843)839-5900 |
| (575)430-3494 | (703)903-2000 | (212)381-3500 | (843)444-5556 | (843)283-3300 | (717)761-2633 |
| (843)249-3525 | (704)590-0000 | (843)655-4331 | (505)344-3100 | (713)646-4100 | (800)919-0696 |
| (404)828-6000 | (757)629-2600 | (952)936-1300 | (212)852-7000 | (843)734-0652 | (505)294-5284 |
| (843)626-8555 | (843)756-7224 | (865)908-6383 | (505)823-4400 | (336)424-6000 | (919)844-2566 |
| (505)884-1615 | (312)997-8000 | (800)280-4654 | (713)629-6600 | (843)249-6317 | (314)877-7000 |
| (843)449-8640 | (843)663-1396 | (843)626-0150 | (781)522-3000 | (860)547-5000 | (505)899-4454 |
| (505)877-4757 | (703)854-6000 | (419)248-8000 | (505)292-6126 | (212)318-7000 | (212)258-6000 |
| (310)553-6262 | (800)768-3248 | (720)332-1000 | (734)710-2020 | (843)390-0998 | (843)626-7970 |
| (505)748-8808 | (650)506-7000 | (480)693-0800 | (413)744-1000 | (843)633-5721 | (505)884-7336 |
| (212)713-2000 | (505)843-7270 | (843)424-4994 | (800)609-6224 | (973)802-6000 | (800)786-6932 |
| (843)457-4257 | (877)995-4483 | (505)232-3184 | (505)255-3677 | (888)725-1074 | (843)267-0351 |
| (952)936-5000 | (703)876-3000 | (612)726-2111 | (877)424-2828 | (843)663-5433 | (817)415-3611 |
| (505)863-9031 | (505)890-9416 | (800)521-1349 | (505)566-8827 | (847)914-2500 | (505)982-2226 |
| (800)266-4738 | (212)415-3600 | (843)626-2412 | (513)983-1100 | (800)826-0294 | (843)663-9265 |
| (567)336-5000 | (203)373-2211 | (313)556-5000 | (505)344-5411 | (201)393-5000 | (414)382-2000 |
| (505)856-8333 | (800)326-6317 | (415)267-7000 | (202)225-6827 | (843)916-2000 | (800)545-6843 |
| (402)544-5000 | (212)573-2323 | (843)222-0646 | (914)238-1000 | (505)243-7255 | (505)884-1669 |
| (843)236-1993 | (843)280-2100 | (215)986-4011 | (505)348-9700 | (800)899-7780 | (412)434-3131 |
| (412)433-1121 | (505)843-9494 | (800)545-9011 | (212)270-6000 | (910)754-6890 | (843)280-2012 |
| (843)497-3324 | (310)208-8800 | (505)892-3191 | (781)401-5000 | (843)424-9551 | (704)596-2020 |
| (505)883-1800 | (505)989-4949 | (414)271-1444 | (505)266-0120 | (212)527-4000 | (505)823-7000 |
| (561)438-4800 | (860)728-7000 | (843)839-4961 | (202)707-8000 | (202)324-3447 | (843)293-5514 |
| (703)854-3400 | (843)249-3334 | (212)902-1000 | (855)891-8295 | (503)821-5690 | (202)334-6000 |
| (843)280-9922 | (800)444-0707 | (505)881-0777 | (212)526-7000 | (479)273-4000 | (505)272-9199 |
| (213)237-5000 | (650)253-0000 | (972)431-1000 | (215)592-3000 | (575)278-3002 | (843)491-6017 |
| (843)272-6626 | (914)767-6000 | (505)837-2909 | (505)867-5351 | (843)444-9068 | (505)821-7800 |
| (843)488-2227 | (843)282-2901 | (843)234-9733 | (713)512-6200 | (505)822-9200 | (910)269-6745 |
| (914)253-2000 | | (843)455-4558 | (212)576-7000 | | (866)874-2330 |

**Block 2 (bottom)**

| Col 1 | Col 2 (⑬) | Col 3 | Col 4 | Col 5 (⑭) | Col 6 |
|---|---|---|---|---|---|
| (505)296-8730 | (212)975-4321 | (309)766-2311 | (704)366-5681 | (310)553-6262 | (843)399-9400 |
| (305)500-3726 | (914)640-8100 | (505)982-1931 | (843)293-1301 | (309)766-2311 | (505)243-6659 |
| (505)266-8611 | (843)249-6041 | (505)247-0584 | (212)578-2211 | (402)346-1400 | (408)540-3700 |
| (212)512-2000 | (505)294-9944 | (757)583-2450 | (505)897-0444 | (215)977-3000 | (713)241-6161 |
| (843)272-1380 | (720)332-1000 | (888)939-1800 | (843)903-9962 | (843)663-2265 | (505)924-8000 |
| (614)764-3100 | (505)837-5200 | (763)514-4000 | (973)802-6000 | (860)273-0123 | (843)272-9990 |
| (505)764-2920 | (925)467-3000 | (505)841-6161 | (952)828-4000 | (505)796-3462 | (401)421-2800 |
| (309)675-1000 | (800)968-5819 | (843)450-3376 | (505)323-9282 | (336)379-2865 | (505)271-9600 |
| (888)694-4849 | (505)843-6333 | (206)447-1575 | (414)271-1444 | (704)321-2752 | (843)249-7066 |
| (630)598-8100 | (843)457-4625 | (505)984-2012 | (973)445-5000 | (843)388-2718 | (612)733-1110 |
| (843)916-4544 | (877)310-5843 | (843)272-6626 | (575)437-2202 | (818)549-6000 | (505)260-8100 |
| (203)968-3000 | (415)983-8300 | (505)685-4333 | (312)544-2000 | (505)892-0509 | (212)761-4000 |
| (505)292-7337 | (843)399-8424 | (908)298-4000 | (281)584-1340 | (843)249-1454 | (888)848-6625 |
| (972)444-1000 | (508)253-5000 | (505)842-5924 | (310)208-8800 | (505)242-5942 | (843)281-1339 |
| (505)293-6133 | (505)237-8000 | (253)924-2345 | (212)490-9000 | (212)576-7000 | (612)304-6073 |
| (713)241-6161 | (910)642-5510 | (215)630-0560 | (312)222-9100 | (505)292-0405 | (505)332-1403 |
| (843)828-4300 | (804)327-5200 | (505)821-2124 | (212)484-8000 | (847)482-5000 | (800)288-2227 |
| (650)960-1300 | (843)663-1393 | (704)909-9794 | (303)279-6565 | (706)323-3431 | (614)249-7111 |
| (505)764-0302 | (269)923-5000 | (201)269-3400 | (843)427-3030 | (505)246-2614 | (843)249-8484 |
| (818)560-1000 | (505)859-3612 | (505)884-2675 | (972)995-2011 | (847)576-5000 | (212)484-8000 |
| (216)566-2000 | (330)682-3000 | (512)477-4455 | (408)996-1010 | (505)842-2937 | (505)243-7861 |
| (505)883-1260 | (843)235-9847 | (505)982-1559 | (312)899-3100 | (603)772-9500 | (312)222-9100 |
| (843)293-4788 | (904)783-5000 | (312)346-6600 | (408)721-5000 | (843)249-5050 | (505)268-5933 |
| (757)365-3000 | (843)249-5424 | (212)559-1000 | (212)556-1234 | (212)556-1234 | (702)693-7120 |
| (505)831-6317 | (214)792-4000 | (973)660-5000 | (952)888-8801 | (505)345-9056 | (505)828-3208 |
| (641)585-3535 | (843)692-9662 | (505)343-0007 | (210)821-4155 | (843)361-9000 | (678)514-4100 |
| (505)291-3195 | (312)644-2121 | (408)349-3300 | (770)407-3800 | (508)390-1000 | (843)361-2810 |
| (843)272-8150 | (803)548-6900 | (505)255-8695 | (713)646-4100 | (843)249-6755 | (505)727-3535 |
| (908)423-1000 | (515)284-3000 | (210)822-2828 | (973)617-3500 | (505)232-6726 | (630)753-5000 |
| (505)292-8877 | (215)761-1000 | (505)884-6262 | (505)880-8898 | (425)882-8080 | (505)898-6388 |
| (202)752-7000 | (505)247-4570 | (502)874-8300 | (843)448-7337 | (575)437-2741 | (214)631-4420 |
| (703)433-4000 | (843)839-9623 | (843)249-6662 | (505)243-4411 | (202)633-1000 | (505)249-4487 |
| (505)884-7777 | (800)768-8862 | (505)889-8071 | (212)852-7000 | (503)671-6453 | (432)333-7784 |
| (432)580-6397 | | | (800)568-1800 | | (505)243-8044 |

| | 9 | | | 10 | |
|---|---|---|---|---|---|
| (202) 349-1155 | | (800) 331-1620 | (612) 291-1000 | | (401) 333-1200 |
| (847) 937-6100 | (800) 572-1717 | (312) 899-3900 | (212) 583-5000 | (804) 486-4000 | (215) 698-5100 |
| (202) 266-8200 | (800) 422-4453 | (217) 424-5200 | (301) 443-4513 | (212) 889-2210 | (904) 359-3200 |
| (212) 286-2860 | (323) 954-1600 | (916) 558-6880 | (410) 716-3900 | (408) 526-4000 | (703) 836-0850 |
| (800) 344-4867 | (800) 891-5390 | (804) 782-4800 | (202) 777-2042 | (212) 559-1000 | (401) 765-1500 |
| (860) 273-0123 | (888) 674-6854 | (301) 790-3930 | (816) 854-3000 | (202) 393-7878 | (419) 535-4500 |
| (703) 836-0774 | (860) 870-0070 | (717) 397-0611 | (757) 563-1200 | (210) 822-2828 | (801) 569-4672 |
| (800) 722-4673 | (703) 548-3440 | (800) 221-4602 | (214) 854-3000 | (212) 870-3400 | (407) 245-4000 |
| (706) 323-3431 | (212) 720-7000 | (301) 587-1788 | (312) 544-2000 | (510) 271-7000 | (214) 303-3400 |
| (317) 927-8000 | (800) 344-4823 | (212) 227-8080 | (800) 683-5555 | (404) 676-2121 | (202) 336-5500 |
| (800) 231-4222 | (212) 944-4050 | (800) 528-2971 | (804) 289-9600 | (847) 699-2929 | (309) 765-8000 |
| (206) 392-5040 | (312) 202-5000 | (800) 826-3632 | (202) 662-7500 | (212) 310-2000 | (512) 338-4400 |
| (615) 742-9945 | (410) 296-0232 | (703) 790-0320 | (212) 546-4000 | (800) 527-5344 | (703) 506-3290 |
| (800) 327-4545 | (416) 363-0177 | (248) 435-1000 | (800) 677-1116 | (785) 233-5171 | (415) 247-3000 |
| (708) 450-3000 | (888) 723-3366 | (847) 831-3438 | (502) 585-1100 | (212) 308-1414 | (703) 243-7100 |
| (212) 838-2560 | (732) 980-6000 | (859) 815-3333 | (212) 460-1400 | (215) 286-1700 | (800) 331-2020 |
| (208) 395-6200 | (301) 634-7130 | (202) 624-5890 | (314) 854-4000 | (703) 683-9027 | (213) 386-8784 |
| (212) 541-7800 | (888) 643-5552 | (505) 891-2664 | (800) 729-6686 | (305) 415-2199 | (248) 813-2000 |
| (412) 553-4545 | (817) 963-1234 | (210) 821-4105 | (847) 735-4700 | (392) 596-5223 | (301) 496-1752 |
| (703) 707-6000 | (217) 328-3870 | (800) 422-8237 | (305) 378-3000 | (866) 282-8048 | (404) 715-2600 |
| (412) 394-2800 | (847) 228-9900 | (414) 355-2200 | (703) 528-0700 | (818) 773-9999 | (714) 935-9993 |
| (416) 961-7223 | (312) 726-6200 | (954) 769-6000 | (817) 352-7171 | (703) 876-1000 | (480) 754-3425 |
| (480) 627-2700 | (847) 402-5000 | (703) 519-6200 | (516) 803-2300 | (402) 595-4000 | (800) 522-7222 |
| (800) 346-2742 | (202) 526-3240 | (314) 534-0475 | (212) 269-7797 | (703) 907-7300 | (330) 490-4000 |
| (202) 456-7041 | (503) 244-7404 | (800) 332-1000 | (856) 342-4800 | (281) 293-1000 | (304) 754-5077 |
| (807) 274-2200 | (800) 221-2141 | (212) 282-5000 | (202) 707-5100 | (212) 460-4600 | (501) 376-5200 |
| (212) 997-0947 | (203) 744-0100 | (202) 898-2444 | (212) 975-4321 | (703) 370-7436 | (800) 421-8453 |
| (206) 266-1000 | (419) 924-9000 | (704) 386-5681 | (925) 842-1000 | (713) 324-2950 | (818) 560-1000 |
| (847) 434-4000 | (515) 271-2281 | (800) 955-4572 | (623) 580-4646 | (800) 562-6265 | (203) 877-4281 |
| (614) 716-1000 | (314) 577-2000 | (212) 633-3300 | (513) 784-8000 | (607) 974-9000 | (303) 986-3309 |
| (703) 274-3900 | (914) 997-4488 | (585) 338-6000 | (609) 683-5900 | (800) 227-2345 | (972) 673-7000 |
| (212) 640-2000 | (408) 996-1010 | (847) 948-2000 | (215) 761-1600 | (425) 313-8100 | (818) 879-6600 |
| (773) 880-9860 | (215) 238-3000 | (201) 842-6800 | (847) 925-8070 | (202) 289-4434 | (312) 326-8000 |
| (216) 252-7300 | (704) 365-2343 | (402) 346-1400 | (513) 459-1200 | (203) 363-7300 | (989) 636-1000 |

| | 7 | | | 8 | |
|---|---|---|---|---|---|
| (202) 659-8111 | | (571) 481-9100 | (412) 232-3444 | | (773) 867-1777 |
| (212) 563-6920 | | (312) 988-5000 | (269) 429-0300 | | (301) 897-8800 |
| (703) 866-0020 | (202) 328-2010 | (212) 563-5904 | (816) 891-6600 | (847) 706-3500 | (703) 739-2240 |
| (202) 895-1800 | (401) 455-4000 | (202) 223-3111 | (202) 667-4550 | (212) 274-0343 | (212) 937-0074 |
| (602) 379-0101 | (202) 462-1400 | (410) 261-7283 | (440) 824-6284 | (317) 839-8157 | (215) 336-3000 |
| (404) 487-5700 | (770) 965-3115 | (817) 607-0060 | (719) 540-8000 | (202) 986-0540 | (212) 570-3500 |
| (513) 621-3553 | (202) 223-6090 | (859) 441-7300 | (202) 730-7060 | (407) 816-2400 | (952) 858-6500 |
| (202) 293-1700 | (415) 972-2000 | (212) 716-8240 | (212) 465-6471 | (601) 984-3504 | (202) 986-8400 |
| (248) 948-1010 | (703) 860-4000 | (202) 588-6000 | (202) 328-4800 | (972) 556-9900 | (323) 846-1950 |
| (708) 352-6611 | (202) 393-5177 | (610) 565-5051 | (508) 543-8200 | (630) 285-1121 | (215) 898-4975 |
| (317) 917-2500 | (800) 325-2946 | (310) 426-6000 | (207) 798-4243 | (703) 683-1400 | (800) 788-4478 |
| (202) 939-6125 | (202) 628-1776 | (202) 234-4212 | (202) 783-5880 | (202) 483-4224 | (718) 560-5000 |
| (703) 208-7200 | (301) 967-4500 | (216) 241-2630 | (504) 723-2255 | (608) 256-8900 | (302) 831-1112 |
| (202) 737-8700 | (202) 862-1850 | (202) 547-2900 | (202) 347-5462 | (888) 777-7077 | (212) 751-4000 |
| (617) 227-2428 | (816) 333-7000 | (212) 425-1200 | (920) 569-7500 | (202) 265-6280 | (303) 649-9000 |
| (212) 869-1330 | (202) 682-8000 | (317) 802-6060 | (212) 879-4500 | (800) 331-2244 | (202) 452-6814 |
| (888) 895-8662 | (330) 887-5539 | (202) 624-5300 | (202) 939-6570 | (202) 462-4822 | (602) 379-7900 |
| (202) 944-3600 | (818) 363-5606 | (212) 490-0534 | (615) 391-0900 | (301) 209-3100 | (212) 505-7700 |
| (901) 888-4667 | (773) 380-2700 | (815) 464-5690 | (202) 842-4200 | (800) 673-4692 | (703) 207-9588 |
| (816) 285-2010 | (202) 966-3202 | (202) 626-7300 | (301) 254-9628 | (202) 333-6000 | (215) 561-1700 |
| (202) 434-7177 | (804) 355-1636 | (202) 628-3507 | (202) 238-3300 | (202) 544-2422 | (800) 345-6728 |
| (480) 838-1751 | (205) 251-7148 | (412) 741-6860 | (703) 684-5545 | (734) 647-4760 | (305) 623-6100 |
| (917) 369-1025 | (817) 649-2979 | (866) 473-3672 | (202) 785-4268 | (559) 498-0510 | (212) 852-8000 |
| (202) 637-0700 | (202) 612-6700 | (508) 584-4169 | (832) 667-2000 | (415) 921-5225 | (615) 564-5000 |
| (612) 827-3611 | (617) 450-2000 | (202) 349-0400 | (202) 387-1980 | (212) 334-1660 | (703) 549-2311 |
| (847) 295-6600 | (202) 737-3600 | (212) 966-1990 | (201) 935-8100 | (888) 303-3640 | (202) 463-7663 |
| (786) 777-4328 | (901) 276-4572 | (202) 588-1500 | (317) 297-2658 | (916) 928-0000 | (508) 746-3188 |
| (202) 467-6490 | (202) 347-3375 | (212) 533-7800 | (202) 265-3808 | (202) 243-6500 | (920) 749-3780 |
| (800) 346-7348 | (301) 628-5000 | (910) 822-4534 | (210) 444-5000 | (816) 920-9300 | (503) 234-9291 |
| (202) 737-8320 | (202) 289-9127 | (716) 648-1800 | (202) 879-4400 | (703) 860-0200 | (215) 557-6606 |
| (703) 412-2400 | (704) 358-7000 | (513) 598-6222 | (406) 454-1234 | (416) 366-3865 | (801) 325-2500 |
| (202) 393-4695 | (309) 558-3100 | (202) 383-4800 | (800) 336-4797 | (202) 333-0008 | (202) 628-5823 |
| (414) 227-0500 | (202) 737-6637 | (317) 244-1247 | (202) 429-1000 | (202) 661-5000 | (412) 562-2400 |
| (612) 673-1600 | (201) 935-8888 | (504) 593-4700 | (301) 496-4000 | (904) 633-6000 | (312) 422-8000 |

▽3

| | ▽5 | | | ▽6 | |
|---|---|---|---|---|---|
| (202) 234-1450 | | (404) 636-8400 | (703) 273-0411 | | (312) 782-8424 |
| (703) 548-3118 | | (614) 898-7786 | (651) 487-7632 | | (301) 718-2910 |
| (262) 789-1880 | (719) 636-1100 | (212) 807-1990 | (610) 526-2600 | (202) 554-1600 | (301) 907-2862 |
| (202) 334-2000 | (202) 332-7100 | (202) 328-2273 | (215) 567-7000 | (732) 528-9797 | (719) 593-8840 |
| (202) 667-5881 | (816) 756-3390 | (202) 371-2830 | (703) 247-5800 | (212) 598-4000 | (202) 366-6601 |
| (202) 234-0540 | (617) 353-9361 | (631) 477-0033 | (202) 452-0100 | (215) 382-9800 | (561) 624-8400 |
| (202) 865-0053 | (202) 364-6792 | (704) 688-2549 | (510) 465-1617 | (571) 366-1000 | (800) 872-9622 |
| (404) 727-3100 | (630) 859-2000 | (212) 972-1785 | (404) 878-5800 | (212) 599-6192 | (615) 228-6292 |
| (212) 661-4323 | (703) 528-1902 | (615) 244-2355 | (202) 726-7100 | (317) 630-1200 | (202) 223-4975 |
| (816) 363-5525 | (202) 828-7100 | (202) 293-4800 | (312) 455-4000 | (972) 580-2000 | (415) 776-5600 |
| (703) 689-2270 | (617) 576-5000 | (314) 432-5650 | (256) 534-5501 | (202) 333-0606 | (212) 688-9410 |
| (202) 776-9600 | (202) 332-0333 | (202) 289-3100 | (303) 405-1100 | (212) 979-3600 | (317) 569-4500 |
| (202) 265-9717 | (570) 603-9740 | (318) 938-5402 | (202) 244-7488 | (202) 863-8000 | (304) 535-6331 |
| (800) 765-0107 | (202) 789-1430 | (212) 599-6196 | (510) 208-0500 | (202) 243-2400 | (202) 588-6500 |
| (785) 357-7222 | (202) 333-7121 | (202) 466-7767 | (212) 818-1200 | (301) 459-9600 | (816) 833-3995 |
| (202) 364-6730 | (816) 444-6800 | (202) 728-0200 | (847) 866-3000 | (202) 232-4400 | (866) 906-2437 |
| (732) 417-9229 | (202) 626-3000 | (336) 725-5955 | (212) 883-8200 | (703) 836-4300 | (215) 463-6000 |
| (312) 939-4764 | (202) 628-1500 | (414) 918-3189 | (202) 429-9100 | (301) 731-4535 | (202) 467-2800 |
| (202) 342-2214 | (202) 223-3517 | (415) 362-2352 | (314) 345-9600 | (703) 841-4300 | (703) 836-3354 |
| (313) 926-5000 | (630) 571-5466 | (202) 939-9261 | (202) 483-4025 | (510) 653-0998 | (573) 882-5736 |
| (512) 478-5748 | (212) 713-8000 | (314) 371-0533 | (216) 420-2000 | (717) 697-2634 | (202) 371-8380 |
| (202) 857-6600 | (949) 858-8255 | (415) 977-5500 | (202) 553-4000 | (813) 281-0300 | (212) 355-6100 |
| (202) 939-9300 | (202) 342-3800 | (202) 362-0090 | (202) 467-0801 | (202) 338-8565 | (801) 240-1000 |
| (305) 626-7400 | (888) 567-2258 | (202) 861-0737 | (661) 823-6250 | (202) 737-8484 | (877) 227-9142 |
| (212) 629-8080 | (202) 387-3760 | (202) 488-8787 | (202) 234-5002 | (888) 781-9331 | (202) 745-7900 |
| (212) 317-0533 | (301) 933-8600 | (800) 822-9919 | (214) 747-6287 | (202) 434-1100 | (212) 629-3322 |
| (718) 507-6387 | (800) 666-0206 | (202) 488-7000 | (619) 795-5000 | (866) 423-5849 | (303) 357-1000 |
| (202) 328-2273 | (202) 833-1200 | (202) 965-4760 | (202) 331-1313 | (202) 232-6313 | (202) 833-7000 |
| (317) 247-5151 | (202) 537-3100 | (713) 259-8000 | (248) 377-0100 | (704) 688-8600 | (212) 872-3700 |
| (407) 624-8400 | (800) 322-4253 | (202) 835-1714 | (973) 605-1991 | (703) 525-0050 | (412) 323-5000 |
| (202) 237-1054 | (202) 232-8777 | (323) 224-1500 | (202) 434-1300 | (412) 258-3066 | (317) 635-3100 |
| (386) 274-6200 | (206) 332-9688 | (202) 637-5000 | (510) 986-2200 | (202) 637-3000 | (202) 216-4420 |
| (212) 697-1505 | (703) 647-4900 | (414) 902-4400 | (202) 887-5300 | (847) 742-5100 | (713) 627-3865 |
| (212) 688-9622 | (202) 721-0660 | (202) 783-3788 | (703) 697-1776 | (901) 947-9300 | (202) 833-4000 |

| | ▽11 | | | ▽12 | |
|---|---|---|---|---|---|
| (310) 278-4321 | | (859) 232-2000 | (312) 419-9094 | | (330) 796-2121 |
| (770) 433-8211 | (703) 524-7600 | (617) 357-9500 | (704) 594-6200 | (800) 969-6642 | (650) 253-0000 |
| (973) 455-2000 | (414) 524-1200 | (800) 962-9629 | (212) 923-4700 | (800) 633-4766 | (301) 565-6710 |
| (651) 454-7250 | (800) 525-3243 | (614) 415-7000 | (973) 921-5500 | (800) 448-0440 | (800) 992-9392 |
| (507) 437-5611 | (212) 642-3860 | (248) 960-2180 | (302) 774-1000 | (951) 351-3500 | (800) 638-8299 |
| (617) 351-5000 | (212) 903-7976 | (212) 354-4900 | (613) 230-3580 | (416) 922-6065 | (410) 659-9314 |
| (212) 668-1000 | (212) 642-3860 | (207) 552-3028 | (800) 698-3324 | (312) 335-8700 | (410) 531-4000 |
| (416) 227-9700 | (800) 232-7437 | (312) 542-9000 | (216) 523-5000 | (914) 761-1100 | (201) 573-9700 |
| (847) 267-1252 | (202) 429-6695 | (301) 897-6000 | (408) 376-7400 | (469) 398-7000 | (202) 785-1997 |
| (502) 580-1000 | (212) 270-6000 | (800) 345-4372 | (626) 302-2222 | (202) 467-5081 | (713) 759-2600 |
| (800) 237-4666 | (734) 522-7200 | (212) 521-2000 | (212) 888-8171 | (800) 222- | (336) 519-4400 |
| (800) 787-6537 | (201) 573-9000 | (800) 545-2433 | (650) 628-1500 | (202) 628-4410 | (414) 342-4680 |
| (212) 314-7300 | (713) 753-3011 | (925) 937-1170 | (843) 377-5700 | (212) 720-3700 | (416) 488-8772 |
| (514) 369-4806 | (800) 799-7233 | (800) 638-8255 | (972) 604-6000 | (818) 880-9007 | (702) 407-6000 |
| (618) 453-5731 | (269) 961-2000 | (856) 795-5553 | (212) 586-8424 | (313) 322-3000 | (800) 621-8335 |
| (847) 724-7500 | (613) 526-1584 | (336) 335-7000 | (317) 276-2000 | (850) 671-5164 | (860) 547-5000 |
| (800) 227-8922 | (800) 242-4453 | (301) 565-3842 | (713) 420-2600 | (847) 484-4400 | (877) 226-4267 |
| (441) 295-2838 | (918) 582-5188 | (800) 586-4872 | (800) 328-8476 | (312) 454-5100 | (312) 372-6300 |
| (703) 620-9840 | (248) 362-4444 | (704) 758-1000 | (508) 435-1000 | (800) 521-5247 | (800) 242-8721 |
| (408) 765-8080 | (800) 232-6372 | (866) 367-8752 | (212) 363-5555 | (703) 903-2000 | (212) 870-2310 |
| (800) 221-7437 | (972) 281-1200 | (513) 579-7000 | (314) 553-2000 | (202) 289-0222 | (401) 431-8697 |
| (314) 845-9200 | (301) 459-8446 | (800) 221-2483 | (202) 347-1140 | (703) 854-6000 | (615) 344-9551 |
| (914) 499-1900 | (316) 828-5500 | (414) 961-1000 | (314) 985-2000 | (414) 272-6071 | (800) 727-8462 |
| (901) 419-7000 | (800) 222-5864 | (973) 252-9800 | (703) 684-2782 | (650) 952-4400 | (214) 360-6149 |
| (866) 746-4282 | (800) 342-2383 | (713) 629-6600 | (212) 572-4200 | (800) 365-2219 | (412) 456-5700 |
| (816) 502-4000 | (847) 646-2000 | (800) 621-8335 | (312) 394-7398 | (949) 471-7000 | (248) 486-7137 |
| (212) 209-2500 | (718) 224-2999 | (301) 380-3000 | (703) 739-2782 | (877) 986-9472 | (800) 352-9424 |
| (626) 331-0616 | (800) 932-2423 | (313) 274-7400 | (972) 444-1000 | (703) 876-3000 | (717) 534-4200 |
| (718) 286-7900 | (513) 762-4000 | (800) 533-2873 | (202) 752-7000 | (203) 775-0471 | (201) 307-2000 |
| (800) 422-4453 | (734) 242-1444 | (413) 744-1000 | (800) 932-2728 | (203) 373-2211 | (202) 785-7740 |
| (330) 656-2600 | (973) 882-1170 | (301) 562-9890 | (908) 604-8686 | (763) 764-7600 | (212) 997-8500 |
| (732) 524-0400 | (717) 358-8131 | (310) 252-2000 | (901) 818-7500 | (800) 283-7800 | (650) 857-1501 |
| (301) 951-4422 | (212) 526-7000 | (916) 321-1846 | (303) 488-2007 | (313) 556-5000 | (812) 934-7000 |
| (262) 260-2000 | (415) 501-6000 | (630) 623-3000 | (212) 902-1000 | (770) 953-1700 | (703) 697-1776 |

| | 1 | | | 2 | |
|---|---|---|---|---|---|
| (703) 836-6767 | | (212) 645-7424 | (615) 244-2840 | | (732) 981-0060 |
| (202) 872-4600 | (703) 276-8800 | (240) 646-7054 | (800) 347-6647 | (202) 466-0222 | (310) 289-2000 |
| (800) 228-0007 | (202) 429-5300 | (407) 647-8839 | (866) 871-0656 | (623) 580-4646 | (312) 440-2500 |
| (202) 334-2000 | (202) 364-6781 | (302) 731-1600 | (202) 265-8799 | (703) 358-1000 | (202) 541-3000 |
| (202) 939-7000 | (941) 487-2560 | (202) 328-2500 | (800) 385-7712 | (202) 232-5488 | (202) 238-2700 |
| (407) 444-7000 | (202) 588-0101 | (212) 730-1770 | (202) 479-2200 | (901) 758-3825 | (202) 429-1965 |
| (202) 723-0437 | (212) 870-2500 | (202) 789-0031 | (202) 966-0702 | (202) 234-5414 | (214) 946-8913 |
| (202) 537-1645 | (765) 642-0256 | (202) 319-1991 | (614) 883-2200 | (800) 424-8200 | (202) 387-6101 |
| (516) 560-8200 | (202) 633-6550 | (800) 529-2337 | (202) 628-8669 | (301) 897-8720 | (212) 481-1500 |
| (202) 337-3500 | (215) 885-5601 | (847) 228-0200 | (808) 834-6775 | (202) 237-1838 | (202) 296-1585 |
| (662) 332-3000 | (202) 944-9601 | (202) 466-8320 | (714) 940-2000 | (301) 495-1240 | (336) 725-5811 |
| (215) 336-3600 | (202) 332-2200 | (202) 289-7442 | (202) 244-1491 | (202) 232-5700 | (212) 532-4949 |
| (202) 332-6280 | (202) 223-4942 | (202) 216-0460 | (878) 874-4500 | (202) 667-4737 | (202) 483-7800 |
| (212) 867-6650 | (404) 727-3049 | (800) 380-1896 | (202) 387-0174 | (202) 783-7400 | (703) 741-5000 |
| (703) 274-3900 | (615) 320-3203 | (202) 265-2800 | (514) 932-2582 | (212) 972-3105 | (202) 333-7117 |
| (202) 364-1200 | (202) 234-7200 | (877) 320-3774 | (716) 636-7571 | (703) 276-0100 | (212) 972-3636 |
| (410) 268-6110 | (212) 299-9000 | (800) 672-3888 | (202) 939-5663 | (202) 234-1530 | (202) 332-6416 |
| (202) 863-8500 | (202) 234-5860 | (202) 895-5400 | (703) 684-6777 | (212) 753-8287 | (202) 986-2600 |
| (202) 622-3895 | (703) 354-2140 | (703) 860-0200 | (317) 630-1200 | (781) 862-4410 | (202) 234-6108 |
| (800) 228-7492 | (202) 265-9671 | (800) 872-2672 | (202) 338-5141 | (202) 332-5577 | (510) 638-4900 |
| (623) 772-3200 | (212) 262-5161 | (202) 362-5122 | (718) 293-1300 | (202) 659-6000 | (202) 462-4009 |
| (202) 895-5400 | (502) 589-1776 | (303) 794-7711 | (202) 728-1600 | (800) 262-5646 | (703) 750-1342 |
| (412) 642-1300 | (212) 750-8064 | (202) 293-7330 | (716) 855-4100 | (202) 328-2840 | (773) 755-4700 |
| (202) 298-5800 | (617) 523-0655 | (202) 238-6401 | (202) 342-2574 | (508) 677-0515 | (202) 797-5533 |
| (314) 622-2500 | (202) 543-0400 | (209) 452-1713 | (403) 777-2177 | (202) 667-1130 | (847) 864-1397 |
| (301) 562-0777 | (202) 265-9671 | (212) 675-1141 | (202) 223-4383 | (314) 776-7574 | (202) 462-7979 |
| (202) 785-1156 | (410) 580-5777 | (202) 518-5700 | (919) 467-7825 | (612) 375-1366 | (408) 562-4949 |
| (314) 996-1236 | (212) 563-5222 | (215) 463-2500 | (703) 684-0300 | (202) 682-1740 | (202) 293-7146 |
| (202) 265-4171 | (202) 319-1976 | (202) 785-3910 | (303) 405-1109 | (312) 455-7000 | (206) 346-4000 |
| (408) 287-7070 | (816) 833-3892 | (202) 895-6700 | (202) 785-1746 | (202) 332-3344 | (888) 635-4295 |
| (703) 461-4666 | (510) 864-5000 | (202) 266-2200 | (614) 246-4625 | (313) 396-7524 | (202) 965-6820 |
| (202) 797-3000 | (202) 944-6195 | (202) 265-5525 | (202) 396-0558 | (202) 939-6300 | (954) 835-7000 |
| (301) 634-7145 | (813) 301-6500 | (800) 785-3910 | (213) 742-7100 | (727) 825-3137 | (817) 273-5222 |
| (202) 667-0501 | (604) 899-7400 | (416) 815-5700 | (651) 602-6000 | (780) 414-4000 | (416) 341-1000 |

| | 3 | | | 4 | |
|---|---|---|---|---|---|
| (847) 299-4227 | | (212) 621-6000 | (202) 406-3600 | | (303) 756-9090 |
| (212) 626-0500 | | (202) 464-4622 | (913) 906-6000 | | (623) 580-4646 |
| (800) 548-2723 | (703) 836-2222 | (312) 781-2000 | (770) 447-5083 | (800) 946-0201 | (703) 684-2800 |
| (202) 797-1000 | (202) 350-5400 | (202) 462-5772 | (202) 319-2660 | (888) 687-2277 | (215) 662-0506 |
| (905) 763-7512 | (212) 645-4048 | (323) 951-4000 | (201) 871-7954 | (202) 966-7702 | (301) 897-8616 |
| (202) 483-1407 | (202) 274-9100 | (212) 689-7810 | (202) 724-0270 | (703) 908-6400 | (202) 332-9636 |
| (866) 672-4968 | (423) 472-3361 | (202) 387-2390 | (212) 870-2533 | (202) 572-9700 | (602) 462-6500 |
| (202) 234-2945 | (316) 283-5100 | (610) 867-7566 | (202) 362-6730 | (202) 232-3579 | (212) 599-6194 |
| (216) 228-9400 | (202) 785-1399 | (202) 383-9005 | (212) 650-4000 | (202) 265-6653 | (617) 742-2700 |
| (202) 745-3680 | (314) 516-4723 | (410) 685-9800 | (314) 837-7300 | (626) 793-5100 | (703) 858-0784 |
| (478) 477-1208 | (800) 584-7336 | (317) 547-9541 | (202) 775-5200 | (202) 342-1111 | (808) 455-1600 |
| (212) 259-4900 | (202) 332-4090 | (202) 298-4000 | (703) 841-3200 | (813) 979-6845 | (202) 364-5500 |
| (202) 588-5899 | (516) 921-6319 | (212) 265-7000 | (404) 522-7630 | (703) 383-6220 | (818) 248-7737 |
| (312) 674-1000 | (202) 274-1600 | (703) 860-0200 | (202) 244-0183 | (202) 483-7500 | (202) 332-2249 |
| (202) 483-6960 | (703) 528-1775 | (202) 265-6900 | (773) 404-2827 | (317) 875-8755 | (417) 862-5001 |
| (703) 683-5700 | (202) 797-8518 | (617) 267-9440 | (888) 223-1280 | (202) 232-6656 | (512) 232-0100 |
| (202) 686-4520 | (312) 567-3307 | (412) 788-6505 | (202) 965-4990 | (888) 434-5955 | (202) 612-4400 |
| (412) 432-7800 | (765) 342-8456 | (978) 369-5310 | (317) 774-7900 | (202) 462-3611 | (816) 756-3390 |
| (405) 685-7969 | (917) 770-5598 | (202) 326-6400 | (202) 939-9200 | (802) 244-7037 | (202) 462-1177 |
| (202) 234-4300 | (865) 546-4578 | (202) 387-8338 | (703) 726-7000 | (617) 770-3000 | (417) 862-2781 |
| (216) 420-4200 | (202) 332-4846 | (914) 378-2000 | (202) 296-4031 | (202) 462-3939 | (202) 986-1604 |
| (202) 833-9860 | (703) 383-0907 | (202) 686-2636 | (561) 391-8833 | (202) 429-5609 | (301) 680-6000 |
| (202) 387-6124 | (212) 750-1637 | (630) 668-1571 | (626) 914-4761 | (301) 565-6714 | (505) 326-1579 |
| (202) 408-7500 | (888) 728-7228 | (202) 906-4300 | (202) 483-4410 | (407) 933-2064 | (212) 490-9660 |
| (202) 331-0270 | (202) 298-5700 | (404) 522-1420 | (800) 514-2695 | (202) 452-0660 | (303) 292-0200 |
| (800) 662-2620 | (212) 563-4000 | (802) 257-7751 | (703) 841-5300 | (202) 887-0278 | (617) 472-8800 |
| (202) 467-9300 | (202) 234-7690 | (202) 464-6200 | (317) 917-6222 | (301) 258-8276 | (202) 966-2664 |
| (314) 982-7267 | (413) 543-4770 | (212) 558-5300 | (203) 752-4000 | (908) 276-7300 | (615) 742-5406 |
| (615) 770-2355 | (202) 232-2882 | (202) 745-4952 | (386) 253-0611 | (202) 333-6900 | (813) 870-2700 |
| (202) 939-1306 | (313) 471-2000 | (816) 921-8000 | (714) 940-2900 | (216) 736-2100 | (847) 733-3400 |
| (973) 757-6100 | (212) 876-7700 | (216) 382-3559 | (202) 337-1500 | (202) 466-3234 | (202) 244-4990 |
| (202) 234-3800 | (202) 265-2561 | (215) 636-9872 | (404) 878-3300 | (513) 765-7000 | (719) 632-5551 |
| (516) 501-6700 | (757) 622-7382 | (202) 572-5500 | (617) 624-1900 | (202) 238-6700 | (317) 715-4100 |
| (613) 599-0250 | (202) 624-6800 | (212) 465-6000 | (816) 595-8000 | (703) 267-1000 | (615) 565-4000 |